```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ACCENTURE LLP,                                              :
                                                            :
                        Plaintiff,                          :
                                                            :        21-cv-2409 (LJL)
        -v-                                                 :
                                                            :           ORDER
STEPHANIE NEAL TRAUTMAN,                                    :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As discussed at the conference held today, the following schedule will govern Plaintiff's motion for a preliminary injunction:

- Expedited discovery will begin today, March 23, 2021 and should be concluded by April 16, 2021;

- The Court will hold a remote videoconference hearing on Plaintiff's preliminary injunction motion on April 29, 2021;

- The Court will hold a conference with the parties to discuss logistics for the April 29, 2021 remote videoconference hearing on April 22, 2021 at 3:00 p.m. by TELEPHONE CONFERENCE at 888-251-2909 (access code: 2123101); the parties are directed to meet and confer in advance of that conference to agree on a proposal for how the April 29, 2021 videoconference hearing will be logistically managed;

- Opening briefs on Plaintiff's motion will be simultaneously filed by 5:00 p.m. on April 22, 2021; unless the parties agree that no responsive briefing is necessary, responsive briefs will be filed simultaneously by 5:00 p.m. on April 26, 2021;

- The Court will take direct testimony by declaration and deposition designations. Such material should be submitted with the opening briefs on April 22, 2021.

SO ORDERED.

Dated: March 23, 2021
       New York, New York                   _____
                                                       LEWIS J. LIMAN
                                                  United States District Judge