UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCENTURE LLP,

                Petitioner,

   -v-

STEPHANIE NEAL TRAUTMAN,

                Respondent.

21-cv-2409 (LJL)

ORDER

---

LEWIS J. LIMAN, United States District Judge:

Pursuant to the joint request of the parties, the schedule entered by the Court on March 23, 2021 is amended as follows:

- Document discovery from Petitioner and Respondent, including all requests for and production of documents, is now complete. To the extent a party believes that responsive documents have not been produced, and has met and conferred accordingly, it may seek relief from the Court.

- All deposition discovery shall be concluded by April 29, 2021;

- The Court will hold a remote videoconference hearing on Plaintiff's preliminary injunction motion on May 13, 2021 at 9:30 a.m.;

- The Court will hold a conference with the parties to discuss logistics for the May 13, 2021 remote videoconference hearing on May 6, 2021 at 10:00 a.m. by TELEPHONE CONFERENCE at 888-251-2909 (access code: 2123101); the parties are directed to meet and confer in advance of that conference to agree on a proposal for how the May 13, 2021 videoconference hearing will be logistically managed;

- Opening briefs on Plaintiff's motion will be simultaneously filed by 5:00 p.m. on May 6, 2021; unless the parties agree that no responsive briefing is necessary, responsive briefs will be filed simultaneously by 5:00 p.m. on May 10, 2021;

- The Court will take direct testimony by declaration and deposition designations. Such material should be submitted with the opening briefs on May 6, 2021.

SO ORDERED.

Dated: April   16  , 2021
       New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge