```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ACCENTURE LLP,                                                    :
                                                                  :
                                            Plaintiff,            :
                                                                  :     21-cv-2409 (LJL)
                        -v-                                       :
                                                                  :     ORDER
STEPHANIE NEAL TRAUTMAN,                                          :
                                                                  :
                                            Defendant.            :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Upon consideration of the parties' submissions regarding de-designating certain documents as confidential and maintaining others under seal, IT IS HEREBY ORDERED:

The documents as to which Wipro consents to be filed unsealed are de-designated as confidential and should be filed on the public docket.

As to the documents which Wipro seeks to maintain under seal: PX 15, PX 19, PX 30, PX 38, Wipro Ex. 12, and Wipro Ex. 24 should not be kept under seal and should be filed on the public docket.

PX 32, PX 35, PX 36, PX 37, and PX 41 should be filed publicly subject to the following redactions:

- PX 32: Redact last two emails in the chain.
- PX 35: Redact the email from Stephanie Trautman of March 3, 2021 at 2:20 a.m. to the bottom of the document.
- PX 36: Redact all but the top email in the chain and the bottom email in the chain.
- PX 37: Redact the third paragraph of the email.
- PX 41: Redact the "Deal Qualification" slide deck and everything that follows.

As to the documents which Accenture seeks to maintain under seal: PX 58, PX 60, RX 1, RX 2, RX 11, RX 14, and RX 28 may be kept under seal. RX 6, RX 9, and RX B should not be kept under seal and should be filed on the public docket. PX 57, PX 59, RX 4, RX 8, and RX 29 should be filed publicly subject to the following redactions:

- PX 57: the proposed redactions are approved.
- PX 59: The proposed redactions are approved EXCEPT: the first bullet under the heading "good points made" should not be redacted; in the first two bullets under the heading "some more thoughts," only the numbers should be redacted (except for the numbers

identifying quarters and years, which should not be); the proposed redactions to the sub-bullets beneath bullet two under the heading "some more thoughts" are approved.
- RX 4: the entire slide deck may be redacted.
- RX 8: redact all but the top two emails in the chain.
- RX 29: redact the categories listed in the bullets, but the remainder of the email should not be redacted.

The Court does not approve the redactions to PX 16 and RX 27 sought by Respondent, and those documents should be filed on the public docket.

The Court makes the above determinations applying the applicable standards in this Circuit as articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). They are made without prejudice to further confidentiality de-designations following closing arguments.

The parties are directed to re-file public versions of the declarations containing the above exhibits in accordance with this Order.

The Clerk of Court is respectfully directed to close Dkt. Nos. 57, 74, and 83.

SO ORDERED.

Dated: May 18, 2021
New York, New York

_____
LEWIS J. LIMAN
United States District Judge