USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACCENTURE LLP.,

                          Petitioner,

       -v-                                         21-cv-2409 (LJL)

STEPHANIE NEAL TRAUTMAN,              ORDER

                         Respondent.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    For reasons stated in an Opinion and Order filed by the Court today, Petitioner's motion for a preliminary injunction is DENIED. In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, it will be filed under seal temporarily. The parties shall meet and confer with respect to potential redactions and within one week of the date of this Order, *i.e.*, by June 15, 2021, the parties shall file any proposed redactions to the Opinion and Order pursuant to the Court's Individual Practices. The Court will rule on any outstanding motions to seal at the same time it rules on any proposed redactions to the Opinion and Order.

SO ORDERED.

Dated: June 8, 2021
       New York, New York                                 LEWIS J. LIMAN
                                                         United States District Judge