UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ACCENTURE LLP,

       Plaintiff,

  -v-

STEPHANIE NEAL TRAUTMAN,

       Defendant.
---------------------------------------------------------------X

21-cv-2409 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  IT IS HEREBY ORDERED that the redactions proposed by Defendant at Dkt. No. 105 are APPROVED. The parties shall file public versions of the documents referenced therein, with the applicable redactions, by July 9, 2021 at 5:00 p.m. Defendant is permitted to maintain PX-43 under seal.

  Upon the parties' representation that there are no longer any outstanding issues in this case, *see* Dkt. No. 97, the case is closed. The Clerk of Court is respectfully directed to close the case.

  SO ORDERED.

Dated: July 6, 2021
   New York, New York

               LEWIS J. LIMAN
               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2021