UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

|  |  |
|---|---|
| ACCENTURE LLP, | |
| Plaintiff, | |
| -v- | 21-cv-2409 (LJL) |
| STEPHANIE NEAL TRAUTMAN, | ORDER |
| Defendant. | |

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Upon the representation, at Dkt. No. 97, that neither party seeks redaction of any portion of the Court's June 8, 2021 Opinion and Order, at Dkt. No. 95, the Clerk of Court is respectfully directed to unseal the Opinion and Order at Dkt. No. 95 it and make it available to the public.

SO ORDERED.

Dated: July 6, 2021
New York, New York

LEWIS J. LIMAN
United States District Judge